**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:23-cr-171-RBD-DCI

STEPHEN JAY THORN

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility to assign cases, I certify that District Judge Wendy Berger will have a conflict of interest if appointed to preside over the trial or pre-trial hearings in this case.

Dated: September 6, 2023

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
Joseph H. Wheeler, III
Special Assistant United States
   Attorney
Florida Bar No. 87451
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Joseph.Wheeler@usdoj.gov