UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.   3:23mj246-ZCB

STEPHEN JAY THORN

## INITIAL APPEARANCE FOR DEFENDANT
## CHARGED IN ANOTHER DISTRICT

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate ✓

2. Advised of the charge or charges ✓

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised that waiver does not prevent requesting counsel for trial _____

6. Defendant executed CJA 23 ✓

FILED IN OPEN COURT THIS

_9-12-23_ JW

**CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.**

8

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

8. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel ____

9. Defendant admitted financial ability to employ counsel/Counsel ____

10. Defendant found financially unable to employ counsel ____

11. Defendant found to be able to make full or partial payment for appointed counsel ____

12. Federal public defender appointed solely for the purposes of proceedings in this district ____

13. Since indicted, informed that not entitled to a preliminary hearing ✓

14. Advised of right to hearing in this district as to identity (Rule 5(a)) ✓

    (a) Advised of right to subpoena witnesses and produce evidence at identity hearing ____

    (b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant ____

    (c) Advised of right to waive identity hearing ____

    (d) Identity hearing waived (AO 121) ✓

    (e)    Fix date for identity hearing     _____

    (f)    Identity hearing held and defendant <u>found/not found</u> to be the persons named in the charging instrument     _____

    (g)    Removal warrant authorized     _____

15.    Defendant advised of right to consider Rule 20 transfer     ✓

16.    Defendant advised of right to reasonable bail     _____

17.    Order Setting Conditions of Release entered (AO 199A)     ✓

18.    Government moved for detention without bail     _____

    (a)    Government represented ready for detention hearing immediately     _____

    (b)    Government requested continuance of ___ days (up to and including 3 days)     _____

    (c)    Defendant advised of right of continuance for up to and including 5 days     _____

    (d)    Detention hearing scheduled and Temporary Detention Order entered     _____

    (e)    Detention hearing conducted     _____

        1)    Order of detention entered     _____

        2)    Order Setting Conditions of Release entered     _____

    (f)    Defendant stipulated to detention pending review in charging district     _____

    (g)    Defendant currently under order of incarceration, negating necessity of consideration of detention on this charge(s) at this time

19.    As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. ✓

/s/ Zachary C. Bolitho
**ZACHARY C. BOLITHO**
**UNITED STATES MAGISTRATE JUDGE**

NOTES:_____

AUSA present at initial appearance: _Walter Naramore_
AFPD present at initial appearance: _Julian Rodriguez_
USPO: _Rebecca Lee_
Date: September 12, 2023