UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

United States of America

v.                                                      Case No: 8:23-cr-00361-WFJ-CPT

Stephen Jay Thorn
_____/

**<u>Supplement Motion To Withdraw Due To A Conflict</u>**

On September 6, 2023, Mr. Thorn was indicted for leaving five voicemail messages on October 22, 2022, on the chambers voicemail system of a District Judge of the Orlando Division of the United States District Court for the Middle District of Florida under Case No. 6:23-cr-171-RBD-DCI. Doc. 1. According to the government, these voicemails are threatening. It thus charged Mr. Thorn in two counts: Count One for violating 18 U.S.C. § 875(c)(transmission of an interstate threat); Count Two for violating 47 U.S.C. § 223(a)(1)(C) (anonymous interstate communications intended to threaten or harass).

Mr. Thorn was arraigned on September 20, 2023.  Doc. 10. The government produced discovery on October 3, 2023. On October 9, 2023, undersigned filed unopposed motions to transfer venue to Tampa, Doc. 18, and to withdraw undersigned and the office of the Federal Defender, Doc. 19. At the status conference held on October 10, 2023, Judge Roy B. Dalton, Jr.

granted the motion to transfer to Tampa, Doc. 21, but denied without prejudice the motion to withdraw. Doc. 22.

Undersigned Counsel certifies that Mr. Thorn consents to the motion to withdraw. L.R. 2.02(c)(1)(A) and (B)(i) (on a motion to withdraw, the lawyer must give 14 days' notice or certify that the client consents). Undersigned Counsel regularly appears before the alleged victim. Undersigned counsel also has a quasi-personal relationship with the alleged victim as we both live in the same condominium building in Orlando and occasionally interact there and in the neighborhood. The government takes no position on this motion.

Filed at the same time as this motion, is a motion to transfer the case to another district at Doc. 36. Should the Court grant that motion, it is submitted that this motion is mooted since the case would be handled by that district's federal defender office.

When the case was transfer to Tampa it was assigned Case No. 8:23-cr-00361-TPB-CPT and it was assigned to Judge Thomas P. Barber. At the November 16, 2023, status conference, Judge Barber stated that he would recuse himself from the case because he was "good friends" with the alleged victim. Docs. 25, 26. This Court was assigned, and the case acquired the number 8:23-cr-361-TPB-CPT. Doc. 30.

The circumstances here present Undersigned Counsel with "a situation where loyalties are torn between presenting a zealous defense" and hedging

2

that defense "in considering the possible (conscious or unconscious) 'chilling' repercussions on other clients who appear before," the same judge. *Ward v. State,* 753 So.2d 705, 707 (Fla. 1st Dist.Ct.App. 2000). There, the public defender's office was withdrawn from representing a client accused of trespassing on the victim judge's property. The public defender's office regularly appeared before this judge.

Responsibilities to third parties can create conflict. Rule 4-1.7(a)(2), Rules Regulating the Florida Bar. Mr. Thorn is entitled to a defense attorney who is not consciously or unconsciously hedging his defense out of concern for the other clients appearing before this same victim judge. "Loyalty and independent judgement are essential elements in the lawyer's relationship to a client." Comment, Rule 4-1.7. Rule 4-1.10(a) requires all attorneys in a firm to be treated as one and the Office of the Federal Defender is treated as a firm.

The Court is asked to grant this motion to withdraw Undersigned Counsel and his office and to appoint conflict-free counsel in the event that this Court denies the motion to transfer to another district.

///

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Michael S. Ryan*
Michael S. Ryan, Esq.
Assistant Federal Defender
Arizona Bar No. 0018139
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: michael_ryan@fd.org